UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ-09-327 |
| | ) | |
| Plaintiff, | ) | **FED. R. CRIM. P. 5** |
| | ) | |
| v. | ) | ORDER DENYING MOTION TO |
| | ) | RECONSIDER |
| RONNA JO DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's Motion to Reconsider **(Ct. Rec. 17)** is **DENIED**.

DATED December 3, 2009.

CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1